IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

PHILIP EDWARD PAROGINOG          *

      Petitioner,               *

v.                                *     CASE No.: 0:17-cv-00381-MLD-FLN

KELLIE ANN PAROGINOG              *

      Respondent.               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## VOLUNTARY RETURN ORDER DIRECTING RETURN OF MINOR CHILDREN TO HABITUAL RESIDENCE OF CANADA

This Voluntary Return Order Directing Return of Minor Children to Habitual Residence of Canada is made pursuant to article 7c of the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.*, and with the express consent and agreement of all parties, as evidenced by the signatures of the parties and their counsel. It is therefore this 15th day of February, 2017, by the United States District Court for the District of Minnesota, hereby **ORDERED**:

    1.    That by agreement of the parties, the minor children, J.E.P., born in 2011, and J.W.P., born in 2013 (the "minor children"), shall be returned to their habitual residence of Canada.

    2.    That by agreement of the parties, the Respondent, Kellie Ann Paroginog (the "Mother") shall return the minor children to Port Moody, British Columbia, Canada, on or before March 4, 2017.

1

3. That by agreement of the parties, on or before February 17, 2017, the Mother, through her counsel, shall provide to the Father, through his counsel, the exact travel itinerary for the minor children's return to British Columbia, Canada, including airline and flight number.

4. That by agreement of the parties, upon the return of the minor children to Canada, the Father's counsel shall file a notice in this Court that the minor children have been returned to their habitual residence. Upon filing of the Father's notice, this case shall be dismissed with prejudice.

5. That by agreement of the parties, on or before February 17, 2017, the Mother shall voluntarily dismiss the divorce and child custody case she filed against the Father in the State of Minnesota, County of Chisago, District Court, Tenth Judicial District Family Court Division, Case Numbers 13-FA-16-449.

6. That by agreement of the parties, each party shall pay his or her own attorneys' fees, suit money, necessary expenses, and costs associated with this matter, and the Father waives any and all claims against the Mother under the Hague Convention and/or ICARA for necessary expenses and attorneys' fees.

7. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention. This Voluntary Return Order is made under the authority of 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 7c of the Hague Convention.

_____
Hon. Michael J. Davis
United States District Judge
United States District Court for the District of Minnesota

**APPROVED AS TO FORM
AND CONTENT:**

/s/ Valerie D. Arnold
_____
Valerie D. Arnold (Bar No. 276376)
ARNOLD RODMAN & KRETCHMER PLLC
2626 East 82nd Street, Suite 355
Bloomington, MN 55425
Tel: (952) 955-8008
Fax: (952) 955-8009
val@arkmn.com

/s/ Stephen J. Cullen
_____
Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
MILES & STOCKBRIDGE P.C.
1500 K Street, N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 465-8374
Fax: (410) 385-3709
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

[SEE ATTACHED PAGE]
_____
L. John Laver
Laver Law Office, P.A.
539 Bielenberg Drive
Suite 200
Woodbury, Minnesota 55125
(651) 653-1616
(651) 501-4841 (fax)
larryjlaver23@msn.com

*Attorneys for Respondent*

_____
Philip Edward Paroginog
*Petitioner*

[SEE ATTACHED PAGE]
_____
Kellie Ann Paroginog
*Respondent*

3

**APPROVED AS TO FORM
AND CONTENT:**

_____
Valerie D. Arnold (Bar No. 276376)
ARNOLD RODMAN &KRETCHMER PLLC
2626 East 82nd Street, Suite 355
Bloomington, MN 55425
Tel: (952) 955-8008
Fax: (952) 955-8009
val@arkmn.com

_____
Philip Edward Paroginog
*Petitioner*

_____
Stephen J. Cullen, *Pro Hac Vice*
Kelly A. Powers, *Pro Hac Vice*
MILES & STOCKBRIDGE P.C.
1500 K Street, N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 465-8374
Fax: (410) 385-3709
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

_____
L. John Laver
Laver Law Office, P.A.
539 Bielenberg Drive
Suite 200
Woodbury, Minnesota 55125
(651) 653-1616
(651) 501-4841 (fax)
larryjlaver23@msn.com

_____
Kellie Ann Paroginog
*Respondent*

*Attorneys for Respondent*